UNITED STATES DISTRICT COURT
for the DISTRICT OF COLUMBIA

Neal Conroy

vs.

FBI

Case: 1:26-cv-02111
Assigned To : McFadden, Trevor N.
Assign. Date : 6/16/2026
Description: FOIA/PRIVACY ACT (I-DECK)

COMPLAINT

Plaintiff Neal Conroy is dissatisfied with the FBI's response for his FOIA requests

on bank robberies. The FBI did not deny the FOIA, where if they did I believe they

would automatically lose. So I allege the FBI did everything they can to not respond to

my FOIA requests on bank robberies. Below is what I requested:

Greetings, although I'm not doing a thing on bank robberies, I am doing a
thing on killings by the Chicago police. Therefore, I'm interested in bank
robbers that were killed by the Chicago police. I'm trying to find out how
much was reported robbed, or reported recovered, from 2 bank robberies. I go
back to 1970, and all the bank robbers killed, the robbery amount was known,
except for 2 recent cases:

1. Michael Johnson, robbed the Byline Bank on 4970 S. Archer, on May 9,
2016, and was then killed by the police within minutes.

2. Abdolreza Sahebi, robbed the Bank of America on 2545 W. Devon, on Aug.
10, 2010, then when the police came, he committed suicide.

I'm trying to find the reported robbery amount, or reported recovered, for
both those cases. Thanks.

So, the FBI has not responded with Abdolreza Sahebi at all. But for Michael

Johnson, it turns out that Michael Johnson was believed to have done a different bank

robbery, at another bank of the same company, a few days prior. That appears to

remain unsolved, and the FBI instead, submitted documents on that incident. But they

still redacted the amount robbed. This puts some confusion on what I'm appealing,

RECEIVED

JUN 16 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

because I'm not appealing what they sent me, I'm trying to appeal what they didn't send me.

When I made my FOIA requests, they broke it into 2 parts: 1 titled Johnson, and 1 titled Sahebi, and when they responded, they responded only with a Johnson, and for a different bank robbery. With appealing to the OIP, they made a circular argument. And because the FBI only responded Johnson, and even though in my appeal I tried to mention Sahebi, the OIP only mentioned Johnson. So, I hope the Courts can resolve or shed light on some lack of information. Respectfully,

Neal Conroy
6538 N. Bosworth
Chicago, IL 60626
N-Conroy@NEIU.edu